# United States District Court
## Violation Notice

CVB Location Code: NF3

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6029916 | ENOCH WILLIAMS | B4561 |

6029916

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 05/28/18 12:00AM
Offense Charged: ☐ CFR ☐ USC ☒ State Code
32 FR 634.25
FS 316.183, 318.18

Place of Offense: Eglin PKWY & Loblolly Dr

Offense Description Factual Basis for Charge: HAZMAT ☐
SPEEDING 15-19 MPH OVER POSTED LIMIT
64 MPH RADAR # 6

### DEFENDANT INFORMATION

Last Name: Harris
First Name: Melanie
M.I.: G

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 22897941 | Ga | 2004 | Olds Alero | | Red |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 150 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 180 Total Collateral Due

### YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1-800-827-2982

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 MAY 20 18 while exercising my duties as a law enforcement officer in the NORTHERN District of FL NEAR EGLIN AFB I OBSERVED A RED IN COLOR VEHICLE TRAVELING AT WHAT APPEARED TO BE OVER THE POSTED LIMIT OF 45MPH. RADAR # 6 CONFIRMED A SPEED OF 64 MPH VEHICLE WAS TRAVELING SOUTH ON HWY 85 WHICH TURNS INTO EGLIN PKWY NEAR LOBLOLLY RD

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/27/2018
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident